UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHERINE FREEMAN, ET AL

VERSUS                                                                  CIVIL ACTION

RLI INSURANCE COMPANY, ET AL                          NO. 08-776-JVP-CN

# N O T I C E

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have ten (10) days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written recommendations within ten (10) days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in chambers in Baton Rouge, Louisiana, August 7, 2009.

_____

**MAGISTRATE JUDGE CHRISTINE NOLAND**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHERINE FREEMAN, ET AL

VERSUS                                                           CIVIL ACTION

RLI INSURANCE COMPANY, ET AL                  NO. 08-776-JVP-CN

**MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION**

This case was removed from the 19th Judicial District Court on December 1, 2008. At this time no summons or citation for service had been issued on defendant Allstate Insurance Company.

As of this date, no proof of service on defendant Allstate insurance Company has been filed in the accordance with ULR, Rule 41.3M.

Therefore, it is recommended that defendant, Allstate Insurance Company be dismissed for plaintiffs' failure to prosecute and have the defendant served within 120 days of filing the suit.

Signed in chambers in Baton Rouge, Louisiana, August 7, 2009.

**MAGISTRATE JUDGE CHRISTINE NOLAND**