UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHERINE FREEMAN, ET AL

VERSUS                                     CIVIL ACTION NO.: 08-776-JVP-CN

RLI INSURANCE COMPANY, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 7, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, defendant, Allstate Insurance Company, is hereby **DISMISSED** for plaintiffs' failure to prosecute and have the defendant served within 120 days of filing the suit.

Baton Rouge, Louisiana, August 31, 2009.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA